UNITED STATES DISRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

GREG DUGAS,

    Plaintiff,

    v.

BRIAN WITTRUP, et al.,

    Defendants.

Case No.: 2:15-cv-67
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Norah McCann King

## ORDER

This matter is before the Court on Plaintiff Greg Dugas's Motions for Reconsideration (ECF No. 44 & 60) of this Court's April 14, 2015 and March 10, 2015 Orders that denied his Motion for a Temporary Restraining Order (ECF Nos. 24 & 40). The Court has reviewed Plaintiff's motions and finds that he has still failed to show a likelihood of success on the merits. The Court reminds Defendant that a "motion to reconsider . . . may not be used as a vehicle for the losing party to rehash arguments previously considered and rejected by the district court." *See All W. Pet Supply Co. v. Hill's Pet Products Div., Colgate-Palmolive Co.*, 847 F. Supp. 858, 860 (D. Kan. 1994)). The Motions for Reconsideration (ECF No. 44 & 60) are therefore **DENIED**.

    IT IS SO ORDERED.

6-4-2015
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE

1