UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

GREG DUGAS,

    Plaintiff,

v.

BRIAN WITTRUP,

    Defendant.

Case No. 2:15-cv-67
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Norah McCann King

## ORDER

On November 30, 2015, the Magistrate Judge issued a Report and Recommendation [ECF No. 99] recommending that the Court deny Plaintiff's motion for an immediate injunction [ECF No. 63]. The Report and Recommendation advised the parties that failure to object within fourteen (14) days would result in a waiver of review. The time period for objections has run and no party has objected.

Accordingly, the Report and Recommendation [ECF No. 99] is **ADOPTED**, and for the reasons set forth in that document, Plaintiff's motion for an immediate injunction [ECF No. 63] is **DENIED**.

IT IS SO ORDERED.

12-22-2015
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE