IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

GREG DUGAS,

        Plaintiff,

vs.                                    Civil Action 2:15-cv-67
                                        Chief Judge Sargus
BRIAN WITTRUP,                Magistrate Judge King

        Defendant.

## ORDER

On January 11, 2016, the United States Magistrate Judge recommended that plaintiff's motion for summary judgment be denied, that defendant's motion for summary judgment be granted, and that this action be dismissed. *Report and Recommendation*, ECF No. 104. The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.[1]

The *Report and Recommendation*, ECF No. 104, is hereby **ADOPTED** and **AFFIRMED**. Plaintiff's motion for summary judgment, ECF No. 51, is **DENIED** and defendant's motion for summary judgment, ECF No. 100, is **GRANTED**. This action is hereby **DISMISSED**.

**The Clerk is DIRECTED to enter FINAL JUDGMENT in this action.**

2-2-2016
Date

Edmund A. Sargus, Jr.
Chief United States District Judge

---

[1] It appears that plaintiff has not informed the Court of a change of address. *See Mail Returned as Undeliverable*, ECF No. 101; *Mail Returned as Undeliverable*, ECF No. 103.