IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

GREG DUGAS,

        Plaintiff,

vs.                              Civil Action 2:15-cv-67
                                  Chief Judge Sargus
BRIAN WITTRUP,             Magistrate Judge King

        Defendant.

### ORDER

On February 2, 2016, the Court denied plaintiff's motion for summary judgment, ECF No. 51, and granted defendant's motion for summary judgment, ECF No. 100. *Order*, ECF No. 105. Final judgment was entered that same date. Judgment, ECF No. 106. This matter is now before the Court on plaintiff's June 9, 2016, *Plaintiff Greg Dugas's Renewal of His Motion for Summary Judgment pursuant to FRCP 56, or Alternatively, Motion by Plaintiff Greg Dugas pursuant to FRCP 38 to Set a Trial Date*, ECF No. 110.

Because the Court has denied plaintiff's motion for summary judgment, ECF No. 51, and because final judgment has been entered in this action, *Plaintiff Greg Dugas's Renewal of His Motion for Summary Judgment pursuant to FRCP 56, or Alternatively, Motion by Plaintiff Greg Dugas pursuant to FRCP 38 to Set a Trial Date*, ECF No. 110, is **DENIED**.

6-10-2016
Date

Edmund A. Sargus, Jr.
Chief United States District Judge